THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:

**Oscar Anibal Rodriguez**
**Virginia Ivelisse Genao-Santana**

Debtors

**Case No. 17-33494-KLP**
Chapter 13

LAKEVIEW LOAN SERVICING,

       Movant,

v.

OSCAR ANIBAL RODRIGUEZ and
VIRGINIA IVELISSE GENAO-SANTANA

       Debtors/Respondents,

and

SUZANNE E. WADE,

       Trustee/Respondent.

## DEBTORS' RESPONSE AND OPPOSITION TO
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The Debtors/Respondents, Oscar Anibal Rodriguez and Virginia Ivelisse Genao-Santana, by counsel, hereby file this Response and Opposition to Lakeview Loan Servicing, LLC's (the "Movant") Motion for Relief from the Automatic Stay, and they therefore state as follows:

1. The allegations contained in paragraphs one through five of the Motion are admitted.

2. The Debtors/Respondents deny the allegations contained in paragraph six of the Motion, and they hereby demand strict proof thereof.

3. The allegations contained in paragraph seven of the Motion are admitted.

Scott Carpenter (VSB#89057)
NEW DAY LEGAL, PLLC
98 Alexandria Pike, Suite 10
Warrenton, VA 20186
Telephone (540) 349-3232
Counsel for Debtor

4. Paragraph eight of the motion does not call for a response, as it does not allege facts.

5. The Debtors/Respondents deny the allegations contained in paragraph nine of the Motion, and they hereby demand strict proof thereof.

6. The Debtors/Respondents assert that they are not in default on payments to the Movant, and no cause for relief from the automatic stay exists. Counsel for the Debtors/Respondents has reached out to Counsel for the Movant to request a payment history and/or other evidence of default, but Counsel for the Movant has not responded to that request.

WHEREFORE, the Debtors/Respondents pray that this Honorable Court deny the Movant's Motion for Relief from Automatic Stay and grant any further relief this Court deems appropriate.

Respectfully submitted this 23rd day of October 2019.

Respectfully submitted,

OSCAR ANIBAL RODRIGUEZ
VIRGINIA IVELISSE GENAO-SANTANA
By Counsel

NEW DAY LEGAL, PLLC

/s/ Scott W. Carpenter
Scott W. Carpenter, Esquire, VSB # 89057
John C. Morgan, Esquire, VSB # 30148
Suad Bektic, Esquire, VSB # 90012
98 Alexandria Pike, Suite 10
Warrenton, VA 20186
(540) 349-3232 Phone
(888) 612-0943 Facsimile
scott@newdaylegal.com
*Counsel for the Debtors/Respondents*

**CERTIFICATE OF SERVICE**

I certify that I have, this 23rd day of October 2019, transmitted, via ECF or by regular mail, a true copy of the foregoing Response and Opposition to Motion for Relief from the Automatic Stay to:

M. Christine Haggard, Esq.
Brock & Scott, PLLC

8757 Red Oak Blvd., Suite 150
Charlotte, NC 28217
*Counsel for Movant*

Suzanne E. Wade, Chapter 13 Trustee
7202 Glen Forest Drive, Suite 202
Richmond, VA 23226

Oscar Anibal Rodriguez
Virginia Ivelisse Genao-Santana
1810 Bracken Road
Richmond, VA 23236
*Debtors/Respondents*

                              /s/ Scott W. Carpenter
                              Scott W. Carpenter